IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. DAVID MCNAMEE, an individual, and<br>2. CLYDE MCNAMEE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>3. GARY MOORE, an individual, and<br>4. CTTG INC., a foreign for profit business organization.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 17-CV-342-RAW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

**COMES NOW** the Plaintiffs, David McNamee and Clyde McNamee, by and through their attorney of record, Trevor J. Furlong of The Edwards Law Firm, and for their claims against Gary Moore, and CTTG Inc., allege and state the following:

### I. JURISDICTION

1. This is an action for damages resulting from a motor vehicle collision that occurred on May 2, 2016.

2. Jurisdiction of this Court is founded upon 28 U.S.C. Section 1332 in that Plaintiffs and Defendants are citizens of different states with the amount in controversy is in excess of $75,000.00 exclusive of interest and cost.

3. Venue of this Court is invoked pursuant to 28 U.S.C. Section 1391(b)(2) in that the events giving rise to this claim occurred in Eastern District of Oklahoma.

### II. PARTIES

4. The Plaintiffs in this action are:

(a)     David McNamee- he resides in the City of Haskell, Muskogee County, State of Oklahoma.

(b)     Clyde McNamee- he resides in the City of Haskell, Muskogee County, State of Oklahoma.

5.     The Defendants in this action are:

(a)     Gary Moore- He resides in the City of Arlington, Tarrant County, State of Texas.

(b)     CTTG Inc.- a commercial carrier located in the city of Findlay, Hancock County, State of Ohio.

### III.     Facts

6.     On May 2, 2016, Clyde McNamee was driving a 2010 Chevy pick-up truck. David McNamee, was a passenger in that truck. Their truck was rear-ended by Defendant, Gary Moore, who was driving a commercial truck for Defendant CTTG, Inc.

### IV.     Negligence

7.     Plaintiff hereby incorporates paragraphs 1 through 6 above.

8.     Defendant, Gary Moore, was negligent in his operation of his vehicle.

9.     Defendant, Gary Moore's, negligence was the direct cause of the injuries sustained by Plaintiffs David McNamee and Clyde McNamee.

10.     Defendant, Gary Moore, was acting within the scope of his employment for Defendant, CTTG, Inc., at the time of said negligence.

11.     Defendant, CTTG, Inc., is vicariously liable for Gary Moore's negligence.

12. That as the result of Defendants' negligence, Plaintiffs David McNamee and Clyde McNamee, suffered and will suffer physical and mental pain, suffered and will suffer physical impairments and disabilities, suffered permanent injury, incurred and will incur medical expenses, suffered property damages, and was otherwise injured and damaged, each in an amount in excess of $75,000.00.

13. That the above acts by the Defendants were committed in a reckless disregard for the rights and safety of Plaintiffs, thereby entitling Plaintiffs to punitive damages against Defendants in an amount in excess of $75,000.00

**WHEREFORE**, Plaintiffs pray for judgment against the Defendants each in an amount in excess of $75,000.00, their costs, attorney fees, and such other and further relief to which they may be entitled.

Respectfully Submitted,
**THE EDWARDS LAW FIRM**

By://s// Trevor Furlong
Trevor Furlong, OBA# 20208
tfurlong@edwardslawok.com
8282 S. Memorial Drive, Ste. 304
Tulsa, OK 74133
(918) 221-0516 Telephone
(918) 615-3558 Facsimile
Attorneys for Plaintiffs

**ATTORNEY LIEN CLIAMED**
**JURY TRIAL DEMENDED**